**Dismiss and Opinion Filed August 23, 2023**



**In the**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00809-CV

### AMWINS SPECIALTY AUTO, INC., Appellant
### V.
### EQUITY INSURANCE COMPANY, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-03810**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Carlyle

Stating they have reached a settlement of their dispute, the parties have filed

an agreed motion to dismiss this appeal. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a).

|  |  |
|---|---|
| 220809f.p05 | /Cory L. Carlyle/<br>CORY L. CARLYLE<br>JUSTICE |



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AMWINS SPECIALTY AUTO,
INC., Appellant

No. 05-22-00809-CV     V.

EQUITY INSURANCE
COMPANY, Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-22-03810.
Opinion delivered by Justice Carlyle.
Justices Smith and Kennedy
participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

     Pursuant to the parties' agreement, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 23rd day of August, 2023.